IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. C 02-1200 SBA |
| CALPINE CORPORATION SECURITIES LITIGATION | Consolidated with Related Actions |
| | **ORDER** |
| THIS DOCUMENT APPLIES TO ALL CONSOLIDATED ACTIONS. | |

This matter comes before the Court on Lead Plaintiff's Motion to Enlarge Deadlines. Lead Plaintiff seeks to enlarge all pre-trial and trial deadlines by 120 days due to recent voluminous document productions by Defendant.[1]

Lead Plaintiff asserts that since being compelled to produce documents on March 18, 2005, Defendant has produced over 500,000 pages of documents, over 350,000 of which have been produced on or after April 22, 2005. Plaintiff asserts that they must review the documents to both identify who must be deposed and to prepare for already identified deponents. Defendant opposes the motion on the grounds that Lead Plaintiff waited nearly two months after the start of discovery to propound discovery requests and waited one month after receiving Defendant's discovery responses before attempting to meet and confer. In addition, Defendant asserts that it has identified, at Lead Plaintiff's request, the documents produced by each of the deponents whom Lead Plaintiff has named, therefore making it less cumbersome for Lead Plaintiff to review those documents in preparation for the depositions.

After reviewing the arguments presented by the parties in their papers, the Court finds that a brief

---

[1] The fact discovery cut-off date in this action is July 1, 2005, the expert discovery cut-off is August 1, 2005, the motion hearing cut-off is September 20, 2005, the pre-trial conference is set for November 1, 2005, and trial is set for November 7, 2005.

extension of certain pre-trial deadlines is warranted.  Lead Plaintiff is partially responsible for its present need for an extension of the discovery deadlines due to its two-month delay in commencing discovery and one-month delay in seeking to meet and confer.  However, Defendant's failure to respond to relevant discovery requests resulted in Defendant being compelled to produce hundreds of thousands of documents, a task it did not complete until April 30, 2005.[2]  In light of Defendant's identification of the documents produced by each deponent and the number of documents Lead Plaintiff has asserted it has left to review, the Court is satisfied that if Lead Plaintiff acts diligently, the following extension will provide it with sufficient time to complete all necessary discovery.

Accordingly,

IT IS HEREBY ORDERED THAT the July 2, 2004 Order for Pretrial Preparation is modified as follows:

| | |
|---|---|
| Fact Discovery Cut-off date: | August 1, 2005 |
| Expert Discovery Cut-off date: | September 1, 2005 |
| Dispositive Motion Hearing Cut-off date: | October 18, 2005 |

All other deadlines, including the pre-trial conference and trial dates, remain in effect.

IT IS SO ORDERED.

Dated: 5/17/05     s/Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[2] Defendant asserts that additional, privileged documents may still need to be produced in redacted form.